**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01095-CV

### IN THE INTEREST OF L.S., A CHILD

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-51075-2013**

## ORDER

Before the Court is court reporter Kimberly Tinsley's November 14, 2018 request for extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than December 14, 2018.

/s/      DAVID EVANS
          JUSTICE